**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

IN RE: RONALD NMN ANGEL      *      CHAPTER 13
                                                 *      CASE NO. 19-61946
       Debtor                                  *
_____ /

**ANSWER TO MOTION FOR RELIEF FROM STAY**

       The Debtor, by Counsel, files this Answer to object to lifting the stay based on the Motion filed by **REGIONAL ACCEPTANCE CORPORATION**, and requests that a hearing be scheduled on the Motion for Relief.

1. Debtor admits allegations contained in the paragraph(s) 1 through 7 of the Motion for Relief.

2. Debtor denies the allegations contained in Paragraph(s) 8, 9, 11, and 12.

3. Debtor is without sufficient information to either admit or deny the allegations in paragraph(s) 10; therefore said paragraph(s) 10 is/are denied and Debtor demands strict proof thereof.

4. In the event that the court may determine relief is warranted, Debtor requests that the Court should grant less drastic relief by conditioning or modifying the stay.

5. Movant has not shown the irreparable harm necessary to justify lifting the stay.

                                                 /s/ Janice Hansen
                                                 Janice Hansen, Counsel for Debtor
                                                 Cox Law Group
                                                 900 Lakeside Drive
                                                 Lynchburg, VA 24501
                                                 (434) 845-2600

                                                 CERTIFICATION

I certify that on this 6th day of April, 2023, the following person(s) were or will be served a copy of this Answer to Motion for Relief via the CM/ECF system or by first class mail.

                                                 /s/ Janice Hansen
                                                 Janice Hansen, Counsel for Debtor

Angela Scolforo, Trustee                               Ronald NMN Angel
PO Box 2103                                                  1783 Maddox Road
Charlottesville, VA 22902                              Gladys, VA 24554

Deborah S. Kirkpatrick, Esq.
P.O. Box 10275
Va. Beach, VA 23450